UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 23-30482
                                        Originating No. 23CR98

**TERRA FRENCH,**

      Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TERRA FRENCH,** to answer to charges pending in another federal district, and states:

    1. On **December 6, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Michigan based on an Indictment**. Defendant is charged in that district with violations of **21 USC Sections 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Methamphetamine.**

    2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Jihan Williams*
JIHAN WILLIAMS
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: December 6, 2023